FILED
2016 Apr-22 PM 04:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 241 (Rev. 12/14)

SGC

CV-16-BE-0649-W

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Northern Division |
|---|---|
| Name (under which you was convicted) Vertis Anthony | Docket or Case No: |
| Place of Confinement: | Prisoner No: 282673 |

FILED
2016 APR 22 A 11: 23
U.S. DISTRICT COURT
N.D. OF ALABAMA

Petitioner (Include the name under which you was convicted) Vertis Anthony v. Christorpher Gordy
Respondents (authorized persons having Custody)

The Attorney General of the State of Alabama

**PETITION**

1.(a) Name and Location of Court that entered the judgment of conviction you are challenging: Draper Correctional Center 2828 Alabama Highway 143 Elmore, Alabama 36025

(b) Criminal docket or case number (if you Know): N/A. Disc#: DCF-15-01396-1

2.(a) Date of the judgment of conviction (if you know): 08/07/2015

3. Length of Sentence: Disciplinary Seg for 25 days

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☑ No

5. Identify all crimes of which you were convicted and Sentenced in this case; 906 Assault on inmate

6.(a) What was your plea? (Check one)
☐ (1) Not guilty ☐ (3) Nolo Contendvere (no contest)
☐ (2) Guilty ☑ (4) Insanity Plea

(b) If you entered a guilty Plea to one count or charge and a not guilty Plea to another count or Charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what Kind of trial did you have? (Check one) ☐ Jury ☐ Judge only

7. Did you testify at a hearing? ☑ Yes ☐ No

8. Did you appeal from the judgment of Conviction? ☐ Yes ☑ No

9. If you did appeal, answer the following:

(a) Name of Court:

(b) Docket or case number (if you know):

(c) Result

(d) Date of result (if you know)

(e) Citation on the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court? ☐ Yes ☐ No

If yes, answer the following:

(1) Name of Court:

(2) Docket or case number (if you know)

(3) Result:

(4) Date of result (if you know):

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

☐ Yes ☑ No

11. If your answer to Question 10 "Yes", give the following information:

(a) (1) Name of Court:

(2) Docket or Case number (if you know)

(3) Date of filing (if you know)

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your Petition, application, or Motion? ☐ Yes ☐ No

(7) Result:

(8) Date of result (if you know):

(b) If you filed any Second petition, application, or motion, give the same information:

(1) Name of Court:

(2) Docket or Case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petiti

application, or motion? ☐ Yes ☐ No

(7) Result:

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the Same information:

(1) Name of Court:

AO 241
(Rev. 12/14)



(2) Docket or case number (if you know):
(3) Date of filing (if you know):
(4) Nature of the proceeding:
(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion? ☐ Yes ☐ No
(7) Result:
(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
(1) First petition: ☐ Yes ☐ No
(2) Second petition. ☐ Yes ☐ No
(3) Third petition: ☐ Yes ☐ No

(e) If you did not appeal to the highest State court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241
(Rev. 12/14)



## GROUND ONE:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c) Direct Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas Corpus in a state trial court? ☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and Location of the court where the motion or petition was filed:

Docket or case number (if you know)

Date of Court decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your Motion or Petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue on appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," State

Name and location of the court where the appeal was filed:

Docket or case number (if you Know):

Date of the Court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) Other Remedies: Describe any other procedure (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground One:

# GROUND TWO:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim)

(b) If you did not exhaust your State remedies on Ground Two, explain why:

AO 241
(Rev. 12/14)



(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-Conviction motion or petition for habeas corpus in a state trial Court? ☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know)

Date of the Court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ yes ☐ No

(4) Did you appeal from the denial of your Motion or petition? ☐ yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state

Name and Location of the Court where the appeal was filed:

Docket or Case number (if you Know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies**: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies of Ground Two

## GROUND THREE

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

(b) If you did not exhaust yours state remedies on Ground Three, explain why:

(c) **Direct** Appeal of Ground Three:

(1) If you appealed from the judgment of Conviction, did you raise this issue? ☐ yes ☐ No

(2) If you did not raise this issue in your direct Appeal, explain why?

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas Corpus in a state trial Court? ☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of Motion or Petition:

Name and Location of the court where the Motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 12/14)



(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or Petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you Rais this issue in the appeal ☐ yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and Location of the court where the appeal was filed:

Docket of Case number (if you Know)

Date of the Court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not rais this issue:

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc) that you have used to exhaust your state remedies on Ground Three:

# GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim

(b) If you did not exhaust your state remedies on Ground Four, explain why:

AO 241
(Rev. 12/14)



(c) Direct Appeal on Ground Four:

(1) If you appeal from the judgment of conviction, did you raise this issue? ☐ yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for heabeas Corpus in a state trial Court? ☐ yes ☐ No

(2) If your answers to Question (d)(1) is "Yes," State:

Type of Motion or Petition:

Name and Location of the court where the motion or petition was filed:

Docket or case number (if you know):

Result (attach a copy of the court's opinion or Order, if available):

(3) Did you receive a hearing on your Motion or petition? ☐ yes ☐ No

(4) Did you appeal from the denial of your motion or Petition? ☐ yes ☐ No

(5) If your answer to Question (d)(4) is "yes," did you raise this issue in the appeal? ☐ yes ☐ No

(6) If your answer to Question (d)(4) is "yes," State

Name and location of the court where the appeal was filed:

Docket or case number (if You Know)

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev. 12/14)



(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground four:

B. Please answer these additional question about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☐ No
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any grounds in this petition that has not been presented in some State of Federal Court? If so, ground or grounds have not been presented, and state your reasons for not presenting them.

14 Have you previously filed any type of petition, application, or motion in a federal Court regarding the conviction that you challanged in this petition? ☐ yes ☐ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

AO 241 (Rev. 12/14)



15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?
☐ yes ☒ No
If "yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing:

(b) At arraignment and Plea:

(c) At trial:

(d) At Sentencing:

(e) On appeal:

(f) In any post-conviction proceeding:
(g) On appeal from any ruling against you in a post-conviction proceeding:

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? ☒ yes ☒ No
(a) If so give name and location of court that imposed the other sentence you will serve in the future:

AO 241
(Rev. 12/14)



(b) Give the date the other Sentence was imposed:

(c) Give the length of the other Sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the Judgment or Sentence to be served in the future? ☐ Yes ☐ No

18. Timeliness of Petition: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*